NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GODO KAISHA IP BRIDGE 1,**
*Appellant*

**v.**

**MICRON TECHNOLOGY INC.,**
*Appellee*

---

2022-1424

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01009.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

April 22, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** April 22, 2022